**Order filed September 27, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00518-CV
_____

**HARRIS COUNTY TEXAS, Appellant**

**V.**

**COLLINGSWORTH 2001 LIMITED PARTNERSHIP, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1041613**

## ORDER

The reporter's record was due September 21, 2018. *See* Tex. R. App. P. 35.1. The record has not been filed, and we have not received a request for extension of time to file the record.

We order **Lettie Witter**, the official court reporter of County Civil Court at Law No. 2, to file the reporter's record by **October 12, 2018**.

PER CURIAM